UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, , INC., et al., <br>            Plaintiffs, <br>       vs. <br> JOHN DOE, <br>            Defendant. | CASE NO. CV08-2040-R <br><br> ORDER TO SHOW CAUSE |

     Plaintiffs Warner Bros. Records, Inc.; Capitol Records, Inc.; Sony BMG Music Entertainment; Atlantic Recording Corporation; UMG Recordings, Inc.; Elektra Entertainment Group, Inc.; and Virgin Records America, Inc. are Order to Show Cause why the complaint filed herein should not be dismissed for misjoinder in violation of Local Rule 19-2.

     Hearing is set for May 22, 2008, at 2:30 P.M., in Courtroom 8.

DATED: May 6, 2008.

                                            MANUEL L. REAL <br>
                                  UNITED STATES DISTRICT JUDGE